*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  May 5, 2016                    D-27-16
_____

In the Matter of SEAN ROBBINS,
    a Suspended Attorney.

COMMITTEE ON PROFESSIONAL
    STANDARDS,                                MEMORANDUM AND ORDER
                    Petitioner;

SEAN ROBBINS,
                    Respondent.

(Attorney Registration No. 4573697)
_____


Calendar Date:  April 25, 2016

Before:  Egan Jr., J.P., Rose, Lynch and Devine, JJ.

                    _____


        Monica A. Duffy, Committee on Professional Standards,
Albany, for petitioner.

        Law Offices of Richard E. Grayson, White Plains (Richard E.
Grayson of counsel), for respondent.

                    _____

Per Curiam.

        Respondent was admitted to practice in Massachusetts in
2001 and in New York by this Court in 2008.  Respondent currently
resides in the City of White Plains, Westchester County.

        By decision entered April 9, 2009, this Court suspended
respondent from the practice of law for a period of nine months
based upon his prior nine-month suspension by the Supreme
Judicial Court for Suffolk County, Massachusetts (61 AD3d 1177
[2009]).  Respondent has since been reinstated to the practice of
law in Massachusetts.  Respondent now applies for reinstatement
in New York.  While petitioner initially opposed the application,
we note that this Court's Committee on Character and Fitness has

submitted a favorable report (see Rules of App Div, 3d Dept [22 NYCRR] § 806.12 [b]).

Our examination of the papers submitted on the application indicates that respondent has made all proper disclosures and has complied with the provisions of the order of suspension and with this Court's rules regarding the conduct of suspended attorneys (see Rules of App Div, 3d Dept [22 NYCRR] § 806.9). We are also satisfied that respondent has complied with the requirements of this Court's rules regarding reinstatement (see Rules of App Div, 3d Dept [22 NYCRR] § 806.12 [b]), and that he possesses the character and general fitness to resume the practice of law in this state.

Accordingly, the application is granted and respondent is reinstated to the practice of law, effective immediately.

Egan Jr., J.P., Rose, Lynch and Devine, JJ., concur.

ORDERED that respondent's application is granted; and it is further

ORDERED that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.

ENTER:

Robert D. Mayberger
Clerk of the Court